UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD ROOD,

    Plaintiff,

v.                                        Case No.:  2:20-cv-981-SPC-KCD

TOWN OF FT. MYERS BEACH,
FLORIDA,

    Defendant.
_____/

**<u>ORDER</u>**[1]

Before the Court is the parties' briefing on summary judgment. To understand the accommodation Plaintiff allegedly sought, it helps to have an idea of what the area looks like. But the maps in the record are nearly unintelligible (see image on left below). Given this, the Court will set a hearing to hear any objection the parties may have over taking judicial notice of a Google Map satellite view of the property, which is roughly marked for reference (see image on right below). *See* Fed. R. Evid. 201(b)(2). To be clear, the Court would not notice this map as an exact representation of the proposed accommodation or property at the time in question. Rather, noticing the map

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

would allow an approximate reflection of the project—making the facts underlying the dispute easier to understand. If the parties do not object to the Court taking notice of the map for this limited purpose, they may jointly file a notice stating so, and the Court will cancel its hearing.

 

(Doc. 53-6 at 43).

Accordingly, it is now

**ORDERED:**

1. The Clerk is **DIRECTED** to notice this case (under separate cover) for a hearing on the limited issue identified above.

2. If neither party objects to the course explained above, they must file a joint notice stating so **on or before August 15, 2022**.

2

**DONE** and **ORDERED** in Fort Myers, Florida on August 12, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record